| Com. v. Pretti [29] .... | 02/24/2016 795 MAL (2015) | Denied | Pa.Super., 133 A.3d 83 |
|---|---|---|---|
| Com. v. Richie [30] ... | 02/24/2016 327 WAL (2015) | Denied | Pa.Super., 125 A.3d 447 |
| Com. v. Ryak [31]..... | 02/24/2016 656 EAL (2015) | Denied | Pa.Super., 134 A.3d 109 |
| Com. v. Sanders [32].. | 02/23/2016 417 WAL (2015) | Denied | Pa.Super., 133 A.3d 75 |
| Com. v. Sands [33].... | 03/01/2016 348 WAL (2015) | Denied | Pa.Super., 125 A.3d 461 |
| Com. v. Saragih [34].. | 02/25/2016 656 MAL (2015) | Denied | Pa.Super., 131 A.3d 104 |
| Com. v. Schweizer [35] | 02/25/2016 566 MAL (2015) | Denied | Pa.Super., 121 A.3d 1131 |
| Com. v. Smulsky [36] | 02/22/2016 645 EAL (2015) | Denied | Pa.Super., 131 A.3d 81 |
| Com. v. Taggart [37].. | 02/24/2016 532 EAL (2015) | Denied | Pa.Super., 131 A.3d 83 |
| Com. v. Waters [38]... | 03/01/2016 493 EAL (2015) | Denied | Pa.Super., 125 A.3d 455 |
| Com. v. Wells [39].... | 02/24/2016 463 EAL (2015) | Denied | Pa.Super., 122 A.3d 446 |

29. Justice EAKIN did not participate in the decision of this matter.
30. Justice EAKIN did not participate in the decision of this matter.
31. Justice EAKIN did not participate in the decision of this matter.
32. Justices EAKIN and DONOHUE did not participate in the consideration or decision of this matter.
33. Justice EAKIN did not participate in the decision of this matter.
34. Justice EAKIN did not participate in the decision of this matter.
35. Justice EAKIN did not participate in the decision of this matter.
36. Justice EAKIN did not participate in the decision of this matter.
37. Justice EAKIN did not participate in the decision of this matter.
38. Justice EAKIN did not participate in the decision of this matter.
39. Justice EAKIN did not participate in the decision of this matter.